**Order entered November 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01103-CV

**NEIL NOBLE, Appellant**

**V.**

**CITY OF DALLAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02526-D**

## ORDER

We abated this appeal to allow the trial court an opportunity to sign an order dismissing the suit, based on the May 3, 2013 voluntary dismissal of appellant, plaintiff below, and the trial court clerk an opportunity to file a supplemental record containing the dismissal order. On November 11, 2013, the supplemental clerk's record containing the dismissal order was filed. Accordingly, we **REINSTATE** the appeal.

We note that appellant's complaint, as reflected in his August 14, 2013 notice of appeal, concerns the eviction of tenants from his property. In a letter filed with the Court on October 7, 2013, appellant states the tenants have vacated the property. Because it does not appear a live controversy remains, we question whether the appeal is moot and we can decide the appeal. *See City of Dallas v. Woodfield*, 305 S.W.3d 412, 416 (Tex. App.-–-Dallas 2010, no pet.) ("An

appellate court is prohibited from deciding a moot controversy. . . . A case on appeal is moot if there are no live controversies between the parties and any decision rendered by the appellate court would be an advisory opinion."). Accordingly, we **ORDER** appellant to file a letter brief addressing our concern. The brief shall be no more than three pages long and shall be filed by December 2, 2013. Appellee shall file any response by December 12, 2013. If either party relies on information not in the record before this Court, that party must obtain a supplemental record from the trial court containing that information. Until the jurisdictional issue is resolved, all pending deadlines are suspended. We caution appellant that failure to comply with this order may result in dismissal without further notice.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE